# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>KIJUAN HAASSAN SHARP<br><br>*Defendant(s)* | Case No. 5:19-MJ-2056-RN |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 5, 2019__ in the county of __Wake__ in the __Eastern__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2113 (a) & (d) | Bank Robbery |
| 18 U.S.C. Section 1038(a)(1) | False Information and Hoaxes |
| 18 U.S.C. Sections 922 (g)(1) and 924 | Possession of Firearm by Felon |

This criminal complaint is based on these facts:

see attached affidavit

☒ Continued on the attached sheet.

*Complainant's Signature*

Gregory Garey, FBI Special Agent
*Printed name and title*

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means and was placed under oath.

Date: August 30, 2019

*Judge's signature*

City and state: Raleigh, North Carolina

Robert T. Numbers, II United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Special Agent Greg Garey, Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since October, 2008. I am currently assigned to the FBI Charlotte Division, Raleigh Resident Agency, on the joint Terrorism Task Force (JTTF). I am also a Certified Special Agent Bomb Technician, and have been since July 2012. I have been trained and have extensive experience with investigating criminal and counter terrorism matter.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Based on the facts set forth in this affidavit there is probable cause to believe that violations of 18 U.S.C. §§ 2113(a) and possibly other violations of United States Law, have been committed, are being committed, and will be committed by KIJUAN HAASSAN SHARP and others yet unknown.

### PROBABLE CAUSE

4. On August 5, 2019, at approximately 2:50 p.m., a suspect walked into the SunTrust Bank located at 1620 Martin Luther King Jr. Blvd., Raleigh, North Carolina 27610, in the Eastern District of North Carolina. The suspect was carrying a plastic grocery bag with an unidentified object inside of it. The suspect was described as an African-American male, wearing dark sunglasses, a hat, dark sweatpants, a dark jacket, and had green paint and/or tape underneath

his eyes, and had a tassel/lanyard handing from his left pants pocket. The suspect walked into SunTrust Bank through the front door, approached a female SunTrust employee, and stated that he wanted to open a new bank account. The female employee and suspect walked to her desk and sat down. The suspect proceeded to place his plastic grocery bag and a demand note on the middle of the female employee's desk. The female employee looked inside the plastic grocery bag and saw an object that resembled a bomb. The suspect confirmed there was a bomb in the plastic grocery bag.

5. The female employee read the demand note. The demand noted stated, in part, to place as much money as possible into a bag. The demand note also stated that a bomb would detonate if the bank alarm is set off or if anyone from the SunTrust bank attempts to leave the premises. The female employee proceeded to walk to the bank vault area, where a vault employee assisted her and placed several stacks of United States Currency in the bag. The female employee took the bag filled with United States Currency back to the suspect. The suspect took the bag filled with United States Currency and walked out the front door of SunTrust Bank.

6. The suspect was able to escape from the SunTrust Bank with approximately $160,600.00 in United States Currency.

7. In an effort to generate investigative leads, The FBI and the Raleigh Police Department released "still" photographs of the suspect as well as "still" photographs of a suspect observed by internal surveillance cameras at the time surrounding the bank robbery and thought to be involved in the same.

8. Subsequent "tip" information received by RPD suggested a possible nexus to the Raleigh, NC area. More specifically, one "tipster" indicated they are very familiar with a man named KIJUAN HAASSAN SHARP and that he is the man who robbed the SunTrust Bank

2

located at 1620 Martin Luther King Jr. Blvd., Raleigh, North Carolina 27610 on August 5, 2019. The "tipster" said that the suspect in the released "still" photographs is SHARP and that they have known SHARP for numerous years.

9. Further investigation into SHARP by the FBI revealed that SHARP has an active Facebook account (https://www.facebook.com/kye.sgtwenty) and Instagram account (https://www.instagram.com/xxyoungkayakofficial/?hl=en). SHARP has posted many pictures of himself with large sums of United States Currency on numerous occasions after August 5, 2019. A Social media search revealed an Instagram photograph posted by SHARP of himself on August 24, 2019 holding a stack of United States Currency, to include $100s, $50s, and $20s, which is consistent with the denominations provided to the SunTrust Bank robber on August 5, 2019.

10. SHARP has posted many pictures of himself on his active Facebook account and active Instagram account that match the physical description of the suspect who robbed the SunTrust Bank on August 5, 2019. Specifically, SHARP has one tattoo on his face below his right eye and one tattoo on his face below his left eye. The suspect who robbed the SunTrust Bank on August 5, 2019, wore a circular sticker/Band-Aid underneath his left and right eyes in the same places that SHARP has his distinctive tattoos. In addition, there are social media pictures on SHARP's Facebook page where he is wearing a tassel/lanyard consistent with the tassel/lanyard worn by the unidentified bank robber during the robbery of the SunTrust Bank on August 5, 2019.

11. An additional social media search of SHARP revealed a Facebook video posted on June 30, 2019, in which SHARP is wearing an orange in color toboggan/beanie hat,

3

consistent with the one the unidentified bank robber wore during the robbery of the SunTrust Bank on August 5, 2019.

12. Furthermore, a search of the North Carolina DMV revealed SHARP purchased a 2019 Dodge Charger, Plate # HCM1725, VIN# 2C3CDXGJ3KH688748, on August 9, 2019 (SunTrust Robbery was committed on August 5, 2019).

13. The FBI sought and obtained a court order for cell site records which was signed by United States Magistrate Judge James E. Gates on August 20, 2019. The records included cellular telephone tower records for cell towers in the vicinity of the bank robbery in Raleigh, NC. This order covered the time period prior to, during, and following the bank robbery.

14. The FBI sought and obtained a search warrant for SHARP'S residence at 609 Grantland Drive, Raleigh, NC, which was signed by United States Magistrate Judge Robert T. Numbers, II on August 28, 2019. The items seized in relation to the search conducted on August 30, 2019 include but not limited to: a stolen Glock 19 9mm pistol, a large quantity of US currency out of a safe consistent with what was stolen by the bank robber, and a tassel/lanyard consistent with what was worn by the bank robber.

15. A review of his prior history through the NCIC Interstate Identification Index and other law enforcement databases shows that SHARP has been previously convicted of Common Law Robbery in Wake County Superior Court Case #2016CRS222863 on August 29, 2017 for which he received 18 months of supervised probation. That term of supervision was revoked on December 21, 2018, for which he received 8 to 19 months imprisonment. The underlying facts involved the robbery of a jewelry store in Wake County, North Carolina. SHARP was also convicted of Felony Larceny in Wake County District Court Case

4

#2018CR217051 on October 29, 2018, for which he received 7 to 18 months imprisonment. SHARP knew or had reason to know he had been convicted of a crime punishable by a term of imprisonment greater than one year based on being sentenced on two occasions to terms of imprisonment exceeding one year.

16. The Glock 19 pistol that was seized pursuant to a search warrant had been previously reported stolen. In addition, the affiant knows through his training and experience that Glock pistols are manufactured in Austria, and therefore travelled in interstate and/or foreign commerce.

## CONCLUSION

17. Based on the foregoing, I submit that there is probable cause to believe that KIJUAN HAASSAN SHARP, violated 18 U.S.C. Section 2113 (a) & (d), 18 U.S.C. Section 1038(a)(1), and 18 U.S.C. §922(g)(1), that is, that he knowingly and intentionally committed bank robbery, false information and hoaxes, and possessed a firearm by a prohibited person.

Therefore, I respectfully request the issuance of a criminal complaint and arrest of the aforementioned individual.

Respectfully submitted,

Gregory S. Carey
Special Agent
FEDERAL BUREAU OF INVESTIGATION

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this written affidavit.
Dated: August 30, 2019

Robert T. Numbers II
Robert T. Numbers, II
United States Magistrate Judge